IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE HENDRICKS,** <br><br> Petitioner, <br><br> v. <br><br> **M.D. BITER, Warden,** <br><br> Respondent. | CV 14-3012-FMO (RZ) <br><br> [~~PROPOSED~~] ORDER <br><br><br> Hon. Ralph Zarefsky <br> United States Magistrate Judge |

Having considered Respondent's application for enlargement of time, and good cause appearing, IT IS HEREBY ORDERED that the application is GRANTED and Respondent is granted to and including November 9, 2014, in which to file either a brief in opposition to Petitioner's Motion to Proceed or an express waiver of the exhaustion defense, and December 9, 2014, in which to file an Answer to the Petition for Writ of Habeas Corpus.

DATED: October 10, 2014   _____

                                                Ralph Zarefsky <br>
                                        United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28