JAMES P. SHEA (STATE BAR NO. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN LIMON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO.  2:13-CV-07425-RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　　The parties having stipulated, IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of three thousand, four hundred sixty five dollars and 52 cents ($3,465.52)~~, subject to the provisions of the EAJA.~~

Dated:  November 13, 2014　　　_____

　　　　　　　　　　　　　　　　THE HONORABLE RALPH ZAREFSKY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE